# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-4581

———————————————

CSX TRANSPORTATION, INC.,

Appellant,

v.

SAMUEL F. BELCHER,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

February 21, 2019

PER CURIAM.

AFFIRMED.

WETHERELL and MAKAR, JJ., and BRASINGTON, MONICA J.,
Associate Judge, concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Andrew J. Knight, II, and Jeffrey A. Yarbrough of Moseley Prichard Parrish Knight & Jones, Jacksonville, and Evan M. Tager and Matthew A. Waring of Mayer Brown LLP, Washington, DC, for Appellant.

Charles H. Baumberger and Manuel "Alex" Reboso of Rossman, Baumberger, Reboso, & Spier, PA, Miami, and Bryan S. Gowdy and Meredith A. Ross of Creed & Gowdy, P.A., Jacksonville, for Appellee.